## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with [the type-volume limit of FED. R. APP. P. 28(d)(2)(A) because, excluding the parts of the document exempted by FED. R. APP. P. 32(f):

   **X**  this document contains 707 words, **or**

   ☐  this brief uses a monospaced typeface and contains [*state the number of*] lines of text.

2. This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because:

   **X**  this document has been prepared in a proportionally spaced typeface using WordPerfect X9 in 14 point Times Roman, or

   ☐  this document has been prepared in a monospaced typeface using _____ with _____.

s/ Andrew Jay Schwartzman_____

Attorney for Benton Institute for Broadband & Society, National Digital Inclusion Alliance and Media Justice.

Dated: July 22, 2022_____