# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 25, 2022

Mr. Andrew Jay Schwartzman
1341 G Street, N.W.
5th Floor
Washington, DC 20005

    No. 22-60363   Consumers' Research v. FCC
                      USDC No. 96-45

Dear Mr. Schwartzman,

Your document was erroneously submitted as an appearance form. If it is your intention to file an appearance form, you must submit a proper DKT-5A form for appearance of counsel.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Linda B. Miles, Deputy Clerk
                              504-310-7793