# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 26, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-60363    Consumers' Research v. FCC
                        Agency No. 96-45

Enclosed is an order entered in this case.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Allison G. Lopez, Deputy Clerk
                              504-310-7702


Mr. James Michael Carr
Mr. Adam Crews
Mr. R. Trent McCotter
Mr. Andrew Jay Schwartzman