# United States Court of Appeals for the Fifth Circuit

---

No. 22-60363

---

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners*,

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

---

Petition for Review from an Order of the
Federal Communications Comm
Agency No. 96-45

---

ORDER:

    IT IS ORDERED that the unopposed motion of Benton Institute for Broadband & Society, National Digital Inclusion Alliance and Center for Media Justice for leave to intervene on behalf of Respondents is GRANTED.

No. 22-60363

_____
Edith Brown Clement
*United States Circuit Judge*