No. 22-60363

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Consumers' Research, et al.,

*Petitioners,*

v.

Federal Communications Commission and United States of America,

*Respondents.*

On Petition for Review of an Order of the Federal Communications Commission

## CERTIFIED INDEX OF ITEMS IN THE RECORD

The Federal Communications Commission herewith files a certified list of items constituting the record of Commission proceedings in the above captioned case. The filing consists of (1) a list of items constituting the record and (2) certificate of the Commission's Secretary.

August 8, 2022

Respectfully submitted,

*/s/ James M. Carr*

James M. Carr
   *Counsel*

FEDERAL COMMUNICATIONS
COMMISSION
WASHINGTON, D.C.  20554
(202) 418-1740

**Proposed Third Quarter 2022 Universal Service Contribution Factor**
**CC Docket No. 96-45**

| Date Received | Name of Filers(s) | Type of Filing |
|---|---|---|
| 6/14/2022 | Consumers' Research, et al. | COMMENTS AND OBJECTIONS |
| 6/9/2022 | Federal Communications Commission | PUBLIC NOTICE |
| 6/1/2022 | Universal Service Administrative Company | FEDERAL UNIVERSAL SERIVCE SUPPORT MECHANISMS QUARTERLY CONTRIBUTION BASE FOR THE THIRD QUARTER 2022 |
| 5/3/2022 | Consumers' Research, et al. | COMMENTS AND OBJECTIONS |
| 5/2/2022 | Universal Service Administrative Company | FEDERAL UNIVERSAL SERVICE SUPPORT MECHANISMS FUND SIZE PROJECTIONS FOR THIRD QUARTER 2022 |

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Consumers' Research, et al.,

*Petitioners*,

v.

Federal Communications Commission
and United States of America,

*Respondents*.

## CERTIFICATE OF MARLENE H. DORTCH, SECRETARY FEDERAL COMMUNICATIONS COMMISSION

I, Marlene H. Dortch, Secretary, Federal Communications Commission, do hereby certify that the preceding list is a true and correct list of items in the record of the proceedings before the Federal Communications Commission pertinent to the above-captioned case.

Witness my hand and Seal of the Federal Communications Commission this 8th day of August 2022.

Federal Communications Commission

*Marlene H. Dortch*

Marlene H. Dortch
*Secretary*

## CERTIFICATE OF FILING AND SERVICE

I, James M. Carr, hereby certify that on August 8, 2022, I filed the foregoing Certified Index of Items in the Record with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ James M. Carr*

James M. Carr
Counsel

Federal Communications Commission
Washington, D.C.  20554
(202) 418-1740