IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Consumers' Research, et al.,<br>       Petitioners,<br><br>    v.<br><br>Federal Communications Commission<br> and United States of America,<br>       Respondents. | No. 22-60363 |

**CONSENT MOTION TO HOLD IN ABEYANCE**

The Federal Communications Commission and the United States, the respondents in this case, respectfully move to hold this case in abeyance and to suspend briefing in this case until this Court issue a ruling in a closely related case, *Consumers' Research v. FCC*, No. 22-60008. Counsel for the Commission has conferred with counsel for the petitioners and counsel for the intervenors supporting respondents. All of the parties consent to this motion.

Under the briefing schedule currently in effect, petitioners' opening brief is due on September 19, 2022. In this case, petitioners challenge the FCC's universal service contribution factor for the third quarter of 2022. In No. 22-60008,

petitioners challenge the FCC's universal service contribution factor for the first quarter of 2022. In both cases, petitioners raise the same claims.[1]

Because these cases involve the same parties and the same legal issues, it would best serve the interest of judicial economy and efficiency for the Court to hold this case in abeyance until it issues a ruling in No. 22-60008. Briefing has been completed in that case. Once the Court issues a decision in No. 22-60008, that ruling is very likely to inform the Court's consideration of petitioners' claims in this case.

For these reasons, the Court should grant this consent motion to suspend briefing in this case and hold this case in abeyance pending a ruling by the Court in No. 22-60008.

---

[1] The Court previously granted a consent motion to hold No. 22-60195 in abeyance. In that case, the same petitioners challenge the FCC's universal service contribution factor for the second quarter of 2022, raising the same substantive claims that are presented in No. 22-60008.

Respectfully submitted,

/s/Gerard Sinzdak

| | |
|---|---|
| Mark B. Stern | P. Michele Ellison |
| Gerard Sinzdak | General Counsel |
| Attorneys, Appellate Staff | |
| Civil Division, Room 7242 | |
| U.S. Department of Justice | Jacob M. Lewis |
| 950 Pennsylvania Ave., N.W. | Deputy General Counsel |
| Washington, DC  20530 | |
| (202) 514-0718 | |

/s/James M. Carr

James M. Carr
Counsel

Federal Communications Commission
Washington, DC  20554
(202) 418-1740

August 15, 2022

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    ☒ this document contains <u>375</u> words, *or*

    ☐ this document uses a monospaced typeface and contains _ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word in Office 365</u> in <u>14-point Times New Roman</u>, *or*

    ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____ .

*/s/ James M. Carr*

James M. Carr
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740

## CERTIFICATE OF FILING AND SERVICE

I, James M. Carr, hereby certify that on August 15, 2022, I filed the foregoing Consent Motion to Hold in Abeyance with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ James M. Carr*

James M. Carr
Counsel

Federal Communications Commission
Washington, D.C.  20554
(202) 418-1740