# United States Court of Appeals for the Fifth Circuit

---

No. 22-60363

---

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners*,

*versus*

Federal Communications Commission; United States of America,

*Respondents*.

---

Petition for Review from an Order of the
Federal Communications Comm
Agency No. 96-45

---

ORDER:

IT IS ORDERED that Respondents' unopposed motion to stay further proceedings in this court pending disposition of related case 22-60008 – *Consumers' Research v. FCC* is GRANTED.

_____
Edith Brown Clement
*United States Circuit Judge*