# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 23, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-60363    Consumers' Research v. FCC
                        Agency No. 96-45

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Allison G. Lopez, Deputy Clerk
                        504-310-7702

Mr. James Michael Carr
Mr. Adam Crews
Ms. P. Michele Ellison
Mr. Merrick Garland, U.S. Attorney General
Mr. R. Trent McCotter
Mr. Andrew Jay Schwartzman
Ms. Jennifer Tatel