# United States Court of Appeals for the Fifth Circuit

No. 22-60363

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners*,

*versus*

Federal Communications Commission; United States of America,

*Respondents*.

Petition for Review from an Order of the
Federal Communications Commission
Agency No. 96-45

ORDER:

IT IS ORDERED that the unopposed motion of USTelecom - The Broadband Association, National Telecommunications Cooperative Association, and Competitive Carriers Association for leave to intervene on behalf of Respondents is GRANTED.

Edith Brown Clement
*United States Circuit Judge*